# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MOWAT CONSTRUCTION COMPANY,<br><br>                Plaintiff,<br><br>   v.<br><br>DORENA HYDRO, LLC, *et al.*,<br><br>                Defendants. | NO.  2:15-cv-00437-TSZ<br><br>JOINT STATUS REPORT AND STIPULATION TO DISMISS |

## **JOINT STATUS REPORT**

Pursuant to the Court's Minute Order dated July 9, 2015, Dkt. No. 14, the Parties report that the Court's Minute Order dated March 24, 2015, Dkt. No. 13, resolved all issues in dispute in this discovery matter.

//

//

//

//

//

//

JOINT STATUS REPORT AND
STIPULATION TO DISMISS – 1
148386.1 (#101016.5)

Ahlers & Cressman PLLC
999 THIRD AVENUE, SUITE 3800
SEATTLE, WASHINGTON 98104-4088
(206) 287-9900   Fax: (206) 287-9902

## STIPULATION TO DISMISS

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties herby stipulate to dismiss the above-captioned matter without prejudice and without costs to any party.

DATED: This 13th day of July, 2015.

**AHLERS & CRESSMAN PLLC**

By: /s/ *James R. Lynch* via ECF
John P. Ahlers, WSBA #13070
James R. Lynch, WSBA #39274

**STEWART SOKOL & LARKIN LLC**
John Spencer Stewart, WSBA #15887

*Attorneys for Plaintiff*

**DAVIS WRIGHT TREMAINE, LLP**

By: /s/ *Marcus Eyth* via ECF
John C. Theiss, WSBA #24488
Marcus Eyth, WSBA #44517
(Via Email Authorization)

*Attorneys for Defendants*

**ALTUSLAW LLC**

By: /s/ *Scott D. Schnuck* via ECF
Scott D. Schnuck, WSBA #42265
(Via Email Authorization)

*Attorneys for Tamara Schurian*

JOINT STATUS REPORT AND
STIPULATION TO DISMISS – 2
148386.1 (#101016.5)

